**NELSON MULLINS RILEY & SCARBOROUGH LLP**
JAHMY S. GRAHAM (SBN 300800)
jahmy.graham@nelsonmullins.com
JESSICA M. HIGASHIYAMA (SBN 272269)
jessica.higashiyama@nelsonmullins.com
19191 South Vermont Avenue, Suite 900
Torrance, CA  90502
Telephone:   424.221.7400
Facsimile:   424.221.7499

Attorneys for Defendants
TOYOTA MOTOR SALES, U.S.A., INC. and
TOYOTA MOTOR NORTH AMERICA, INC.

**CAPSTONE LAW APC**
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

Attorneys for Plaintiffs Steven Boulom,
Kathleen Champigny, and Alanna Farber

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BOULOM, KATHLEEN CHAMPIGNY, and ALANNA FARBER, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California corporation, TOYOTA MOTOR NORTH AMERICA, INC., a California corporation, and TOYOTA MOTOR CORPORATION, a Japanese corporation,<br><br>Defendants. | Case No.: 2:20-cv-00999-GW-ADS<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** *et seq.* |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiffs Steven Boulom, Kathleen Champigny, and Alanna Farber ("plaintiffs") and defendants Toyota Motor Sales, U.S.A., Inc. and Toyota Motor North America, Inc. ("defendants") hereby stipulate to the dismissal with prejudice of plaintiffs' claims, actions, and causes of action asserted against defendants, and to the entire action, with each party to bear his, hers, and/or its respective costs of litigation, attorney's fees, and expenses.

Dated: April 13, 2022

NELSON MULLINS RILEY & SCARBOROUGH LLP

/s/ *Jahmy S. Graham*
Jahmy S. Graham (SBN 300800)
Matthew G. Lindenbaum (admitted *pro hac vice*)
Jessica M. Higashiyama (SBN 272269)

*Attorneys for Defendants*
*Toyota Motor Sales, U.S.A., Inc. and Toyota Motor North America, Inc.*

Dated: April 13, 2022

CAPSTONE LAW APC

/s/ *Cody R. Padgett*
Tarek H. Zohdy (SBN 247775)
Cody R. Padgett (SBN 275553)

*Attorneys for Plaintiffs*
*Steven Boulom, Kathleen Champigny, and Alanna Farber*

1

Case No.: 2:20-cv-00999-GW-ADS
STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a) ET SEQ.

**Certification of Compliance with C.D. Cal. L.R. 5-4.3.4(a)(2)(i)**

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 13, 2022

By: /s/ *Jahmy S. Graham*
Jahmy S. Graham

2

Case No.: 2:20-cv-00999-GW-ADS
STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a) ET SEQ.

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first class postage prepaid, to all counsel of record in this matter.

By: */s/ Jahmy S. Graham*
Jahmy S. Graham

3

Case No.: 2:20-cv-00999-GW-ADS
STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41(a) ET SEQ.