JS-6

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

STEVEN BOULOM, KATHLEEN CHAMPIGNY, and ALANNA FARBER, individually, and on behalf of a class of similarly situated individuals,

Plaintiffs,

v.

TOYOTA MOTOR SALES, U.S.A., INC., a California corporation, TOYOTA MOTOR NORTH AMERICA, INC., a California corporation, and TOYOTA MOTOR CORPORATION, a Japanese corporation,

Defendants.

Case No.: CV 20-999-GW-ADSx

**ORDER ON STIPULATION OF DISMISSAL (FRCP Rule 41(a)(1)(A)(ii))**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    The Court, having read the Stipulation of Dismissal filed by all parties to have

2    appeared in this action, and finding good cause,

3        IT IS HEREBY ORDERED that this action is dismissed in its entirety with

4    prejudice as to all plaintiffs' claims, actions and causes of action asserted against

5    defendants.  Each party is to bear its own costs and fees, including, but not limited

6    to, attorney's fees and expert fees.  The Court shall retain jurisdiction over the action

7    for 90 days following the entry of this Order (unless extended) for the purposes of

8    enforcing the terms of the parties' settlement agreement.

9

10       **IT IS SO ORDERED.**

11   Dated: April 14, 2022                    _____

12                                            HON. GEORGE H. WU,
                                             United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1